# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LLOYD BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV1989 RLW |
| | ) | |
| LYNN SIMMONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its review of Plaintiff's Verified Motion to Allow Pro Se Plaintiff Lloyd Barnes Leave to Amend his Complaint, Motion in Opposition to Defendants' Motion to Dismiss, Affidavit in Support of Plaintiff's Motions, and Legal Argument (ECF No. 23). Pursuant to Fed.R.Civ.P. 15(a)(1)(B), Plaintiff has a right to amend his pleadings.

Plaintiff is warned that the filing of an amended complaint replaces the original complaint, and claims that are not realleged are deemed abandoned. E.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation, 396 F.3d 922, 928 (8th Cir. 2005). In addition, all claims must arise out of the same transaction or occurrence or, put a different way, all claims must relate to each other. See Fed.R.Civ.P. 18(a) and 20(a)(2). Keeping all of this in mind, Plaintiff is ordered to file an amended complaint by **Wednesday, March 11, 2015**.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file an amended complaint by **Wednesday, March 11, 2015**.

Dated this 25th day of February, 2015.

/s/ Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE