UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LLOYD BARNES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CV1989 RLW |
| LYNN SIMMONS, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its review of the record. On February 25, 2015, the Court granted Plaintiff's motion to amend his complaint and ordered him to file an amended complaint no later March 11, 2015. (ECF No. 24). To date, Plaintiff has not filed an amended complaint. The Court also notes that Defendants' Motion to Dismiss (ECF No. 20) is currently pending. Plaintiff must either respond to Defendants' Motion to Dismiss or file an amended complaint. If Plaintiff fails to do either of these, the Court will rule on Defendants' unopposed Motion to Dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file an amended complaint or respond to Defendants' Motion to Dismiss (ECF No. 20) no later than **Wednesday, April 8, 2015**, or the Court will rule on Defendants' unopposed Motion to Dismiss (ECF No. 20).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Memorandum and Order and a copy of Defendants' Motion to Dismiss (ECF No. 20) to Plaintiff Lloyd E. Barnes, 5418 Misty Crossing Court, Florissant, MO 63034.

Dated this 24th day of March, 2015.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE